Frederick Reck v. Phœnix Insurance Company. — Motion denied.

In the Matter of the New York Insurance Company. — Account of John Berry for services allowed at $250.

Charles Rayher v. Wilhelmina Sparman. — Motion denied. Mem. *Per Curiam.*

The People of the State of New York *ex rel.* Joel W. Mason v. John McClave. — Judgment ordered for Defendant. Opinion *Per Curiam.*

Thomas Cockerill, Respondent. v. Peter Loonan, Appellant. — Re-submission granted. See memorandum.

---

## THIRD DEPARTMENT, JANUARY, 1885.

Frances L. Haight, Appellant, v. The Board of Supervisors of Saratoga County, Respondent.

Mary J. Parker and James McKain as Administrators, etc., of Hiram Parker, Deceased, Respondents, v. The Same.

Margaret M. Powell, Administratrix, etc., of Frederick T. Powell, Deceased, Appellant, v. The Same.

William V. Clarke, Appellant, v. The Same.

The First National Bank of Ballston Spa, Appellant, v. The Same. — Judgment in each case affirmed, with costs on opinion of court below. Mem. by Learned, P. J.

Nathan Seeley, as Administrator, etc., of Minerva Seeley, Deceased, Respondent, v. The Board of Supervisors of Saratoga County, Appellant. — Judgment affirmed, with costs, on opinion below. Mem. by Learned, P. J.

Anna Van Hoesen and others, Appellants, v. Abram Van Buren and others, Respondents. — Judgment affirmed, with costs.

Garret M. Clute, Respondent. v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment reversed, referee discharged, new trial granted, costs to abide event. Opinion by Learned, P. J.

John F. Holcombe, Respondent, v. Kneeland J. Munson and Fitch Landon, Appellants. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Fish, J.

Rhoda Lawrence, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.; Fish, J., dissenting.

In the Matter of the Attorney General v. The Atlantic Mutual Life Insurance Company. — Matter of surplus money order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J. Landon, J., not acting.

Application of County Treasurer of St. Lawrence County for Leave to Deposit. — Denied.

John D. McKinlay and others, Respondents, v. George Fowler and others Appellants. — Order reversed, with ten dollars costs and printing disbursements, and attachment vacated, with ten dollars costs. Opinion by Learned, P. J.

Luke B. Roosa, Plaintiff, v. Charles W. Deyo, Defendant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Charles Furman and others, Respondents, v. Felix Cunningham, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

John Hayes, Respondent, v. Charles McClellan, Appellant. — Order reversed, without costs. Mem. by Learned, P. J.

Samuel D. Coykendall and Jacob H. Tremper, Respondents, v. William Voorhis and Thomas Magee, Appellants, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Harriet H. Armstrong Respondent, v. Thomas Armstrong, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Bockes. J.

Anna Maria Fishman, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Motion for new trial denied and judgment for plaintiff on the verdict. Opinion by Bockes, J.

David Dales, Respondent, v. Mary Truesdell, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

De Witt C. Sprott, Appellant, v. George H. Leggett and John W. Bush, Respondents. — Order reversed, with ten dollars costs and printing disbursemencs, and motion denied, ten dollars costs of motion to abide event.